RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
paul_riddle@fd.org

Attorney for ALPHAEUS JOHNSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPHAEUS JOHNSON,<br><br>Defendant. | Case No. 2:16-cr-00272-APG-VCF-1<br><br>**UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>(**Expedited Treatment Requested**) |

COMES NOW, the defendant Alphaeus Johnson, by and through his attorney, Dan Coe, Assistant Federal Public Defender, hereby moves pursuant to 18 U.S.C. § 3145(a)(2), to temporarily modify the conditions of his pretrial release to allow Mr. Johnson, to travel to California to have dinner with his family from Wednesday, November 22, 2017 through Friday, November 24, 2017 at the residence of his mother to celebrate Thanksgiving.

This Motion is based on all prior proceedings, filings, and the attached Memorandum of Points and Authorities.

DATED this 21st day of November, 2017.

                                        RENE L. VALLADARES
                                        Federal Public Defender


                                  By */s/ Paul D. Riddle*
                                       PAUL D. RIDDLE
                                       Assistant Federal Public Defender

**<u>Memorandum of Points and Authorities</u>**

On September 20, 2016, Mr. Johnson had his initial appearance.

The Magistrate Judge released Mr. Johnson on a Personal Recognizance bond with conditions. (ECF No. 10) Mr. Johnson has been compliant with the terms of his pretrial release conditions.

Mr. Johnson is respectfully requesting a temporary modification to his conditions because hewishes to eat dinner with his family on November 23, 2017 to celebrate Thanksgiving. Thus, Mr. Johnson is requesting the Court allow him to travel to the home of Giavanna Mack, his mother and have dinner with his family on November 23, 2017 (Home Address and telephone numbers to be provided to chambers and pretrial services via e-mail). .

                                    Respectfully submitted,
                                    RENE L. VALLADARES
                                    Federal Public Defender

                          By:  */s/ Paul D. Riddle*
                                    PAUL D. RIDDLE
                                    Assistant Federal Public Defender
                                    Attorney for Alphaeus Johnson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPHAEUS JOHNSON,<br><br>Defendant. | Case No. 2:16-cr-00272-APG-VCF-1<br><br>**ORDER TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Based on the Motion to Temporarily Modify Conditions of Pretrial Release (the "Motion"), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, to allow Mr. Johnson, to travel to California to have dinner with his family from Wednesday, November 22, 2017 through Friday, November 24, 2017 at the residence of his mother to celebrate Thanksgiving.

DATED this 21 day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE