UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00272-APG-VCF |
| Plaintiff, | |
| vs. | **CONSENT OF DEFENDANT** |
| ALPHAEUS JOHNSON, | **ORDER** |
| Defendant. | |

Defendant, **ALPHAEUS JOHNSON**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Investigation Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

I further waive the time constraints reflected in Rule 32(e).

I have read the foregoing consent and fully understand it

_____
Defendant

_____
Counsel for Defendant

DATED: this __28__ day of January, 2019.

APPROVED:

_____
ANDREW P. GORDON
United States District Judge
Dated: January 31, 2019.