RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Alphaeus Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALPHAEUS JOHNSON,<br><br>  Defendant. | Case No. 2:16-cr-272-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Alphaeus Johnson, that the Sentencing Hearing currently scheduled on May 9, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

    This Stipulation is entered into for the following reasons:

    1.    Mr. Johnson's fiancé recently passed away leaving Mr. Johnson with three young children to care for. One child is his biological child. The other two children have not yet been adopted by Mr. Johnson, but he was their caretaker, along with his fiancé, and their main provider for the last seven years.

2. Mr. Johnson is currently in the process of obtaining full custody of the children with the intent to adopt the children since he has raised them and holds them out to be his own.

3. Mr. Johnson understands that he is facing prison time for his criminal conduct in this case, but with the unexpected passing of his fiancé, he is requesting additional time to settle his family situation before proceeding to sentencing.

4. Mr. Johnson has been fully compliant with his conditions of pre-trial release. Mr. Johnson is also currently employed working both a full-time and a part-time job.

5. Additional time is requested for Mr. Johnson to settle his family situation and to prepare for sentencing in this case.

6. Mr. Johnson is not in custody and agrees with the need for the continuance.

7. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 1st day of May, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALPHAEUS JOHNSON,<br><br>Defendant. | Case No. 2:16-cr-272-APG-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, May 9, 2019 at 11:00 a.m., be vacated and continued to  August 8, 2019  at the hour of  10:30  a .m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 2nd day of May, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE