RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Alphaeus Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00272-APG-VCF |
| Plaintiff, | ORDER TO VACATE PRELIMINARY HEARING |
| v. | |
| ALPHAEUS JOHNSON, | |
| Defendant. | |

The parties jointly request that this Court vacate the preliminary hearing on the petition to revoke supervised release because:

1. On May 5, 2022, Mr. Johnson had his initial appearance and detention hearing in the District of Nevada for new charges in *United States v. Johnson*, 2:22-cr-0096-GMN-DJA, ECF No. 3. At that hearing, the court ordered him detained.

2. On May 31, 2022, Mr. Johnson had his initial appearance and detention hearing for the Petition for Revocation of Supervised Release filed in this case. *See* ECF No. 68. At that hearing, the court ordered Mr. Johnson detained and scheduled a preliminary hearing. *Id.*

3. The Ninth Circuit has held that a defendant who is already in custody on new charges at the time of the revocation proceeding is not entitled to a preliminary probable cause

hearing. *United States v. Diaz-Burgos*, 601 F.2d 983, 985 (9th Cir. 1979); *United States v. Vasquez-Perez*, 742 F.3d 896, 899 (9th Cir. 2014).

   4.  In light of this authority, the parties stipulate to vacate the preliminary hearing on the petition to revoke Mr. Johnson's supervised release.

   DATED this 3rd day of June 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By *s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHAEUS JOHNSON,<br><br>   Defendant. | Case No. 2:16-cr-00272-APG-VCF<br><br>ORDER |

Based on the stipulation of counsel, the Court finds that good cause exists to vacate the preliminary hearing.

IT IS THEREFORE ORDERED that the preliminary hearing set for June 6, 2022, at 2:00 p.m. is VACATED.

DATED this 3rd day of June 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS