RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Alphaeus Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00272-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| ALPHAEUS JOHNSON, | |
| Defendant. | |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Alphaeus Johnson, that the Revocation Hearing currently scheduled on September 7, 2022, at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days. This Stipulation is entered into for the following reasons:

      1.     Mr. Johnson is facing new federal charges, which are also raised in the petition for revocation of supervised release. Mr. Johnson is requesting a continuance so that he and defense counsel will have sufficient time to review discovery, address the underlying criminal charge, and consider a global resolution.

1        2.       The defendant is in custody and agrees with the need for the continuance.

2        3.       The parties agree to the continuance.

3  This is the second request for a continuance of the revocation hearing.

4        DATED this 29th day of August 2022.

| RENE L. VALLADARES | JASON M. FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |

| By *s/ Katherine A. Tanaka* | By *s/ Melanee Smith* |
|---|---|
| KATHERINE A. TANAKA | MELANEE SMITH |
| Assistant Federal Public Defender | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00272-APG-VCF |
| Plaintiff, | ORDER |
| v. | |
| ALPHAEUS JOHNSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 7, 2022, at 10:30 a.m., be vacated and continued to November 16, 2022 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 30th day of August 2022.

_____
UNITED STATES DISTRICT JUDGE

3