RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Alphaeus Johnson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00272-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Third Request) |
| ALPHAEUS JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Alphaeus Johnson, that the Revocation Hearing currently scheduled on November 16, 2022, at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days. This Stipulation is entered into for the following reasons:

1. Mr. Johnson is continuing to work on resolving the federal charges that are also part of the underlying petition for revocation of supervised release. Mr. Johnson is requesting a continuance so that he and defense counsel will have sufficient time to review discovery, address the underlying criminal charge, and consider a global resolution.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 9th day of November 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: *s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By: *s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHAEUS JOHNSON,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00272-APG-VCF<br><br>ORDER |

　　　Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 16, 2022, at 9:00 a.m., be vacated and continued to January 18, 2023 at the hour of 10:30 a.m. in Courtroom 6C.

　　　DATED this 9th day of November 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE