RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Alphaeus Johnson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00272-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| ALPHAEUS JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Alphaeus Johnson, that the Revocation Hearing currently scheduled on January 18, 2023, at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days. This Stipulation is entered into for the following reasons:

1. Mr. Johnson is continuing to work on resolving the federal charges that are also part of the underlying petition for revocation of supervised release. Mr. Johnson is requesting a continuance so that he and defense counsel will have sufficient time to review discovery, address the underlying criminal charge, and consider a global resolution.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 12th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: *s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By: *s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALPHAEUS JOHNSON,<br><br>   Defendant. | Case No. 2:16-cr-00272-APG-VCF<br><br>ORDER |

   Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 18, 2023, at 10:30 a.m., be vacated and continued to April 19, 2023 at the hour of 9:30 a.m. in Courtroom 6C.

   DATED this 13th day of January, 2023.

                                          _____
                                          UNITED STATES DISTRICT JUDGE