RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Alphaeus Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALPHAEUS JOHNSON,<br><br>    Defendant. | Case No. 2:16-cr-00272-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Alphaeus Johnson, that the Revocation Hearing currently scheduled on April 19, 2023, at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

This Stipulation is entered into for the following reasons:

1.  Mr. Johnson is continuing to work on resolving the federal charges that are also part of the underlying petition for revocation of supervised release. Mr. Johnson is

requesting a continuance so that he and defense counsel will have sufficient time to review discovery, address the underlying criminal charge, and consider a global resolution.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 4th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: *s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By: *s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00272-APG-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ALPHAEUS JOHNSON, | |
| Defendant. | |

　　Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 19, 2023, at 9:30 a.m., be vacated and continued to August 17, 2023 at the hour of 9:00 a.m. in Courtroom 6C.

　　DATED this 5th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE