RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Katherine_Tanaka@fd.org

Attorney for Alphaeus Johnson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHAEUS JOHNSON,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00272-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Alphaeus Johnson, that the Revocation Hearing currently scheduled on October 26, 2023, at 9:00 am, be vacated and continued to January 4, 2024 at 3:30 pm.

This Stipulation is entered into for the following reasons:

1.　　Mr. Johnson has entered a guilty plea in *United States v. Johnson*, 2:22-cr-0096-GMN-DJA.  Sentencing in that case is set for January 9, 2024.  The parties have entered into a global resolution to address both cases.  To effectuate that resolution, the parties are

requesting a continuance to permit the sentences for both cases to happen as close in time as possible.

      2.      The defendant is in custody and agrees with the need for the continuance.

      3.      The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

      DATED this 18th day of October, 2023.

RENE L. VALLADARES             JASON M. FRIERSON
Federal Public Defender             United States Attorney

By: *s/ Katherine A. Tanaka*         By: *s/ Melanee Smith*
KATHERINE A. TANAKA          MELANEE SMITH
Assistant Federal Public Defender    Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00272-APG-VCF |
| Plaintiff, | ORDER |
| v. | |
| ALPHAEUS JOHNSON, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 26, 2023, at 9:00 am, be vacated and continued to January 4, 2024 at 3:30 pm.

DATED this __19th__ day of October, 2023.

_____

UNITED STATES DISTRICT JUDGE

3